IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ISMAEL ROMAN-ORTIZ, Inmate #08884-069,** | ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) CIVIL NO. 05-249-GPM ) |
| **FEDERAL BUREAU OF PRISONS, et al.,** | ) ) ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

On June 8, 2005, this Court assessed an initial partial filing fee of $11.64. On March 1, 2006, the Court directed Plaintiff to pay that fee or show cause why he was unable to do so; Plaintiff was to take action within 30 days, and he was warned that this action would be dismissed if he failed to respond. To date, Plaintiff has not responded to that order in any manner, and the 30-day time period has long since elapsed.

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice** for failure to comply with an order of this Court. FED. R. CIV. P. 41(b); *see generally Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

DATED: 05/16/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge